1  SEAN P. NALTY, CA Bar No. 121253
   sean.nalty@ogletree.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  Steuart Tower, Suite 1300
   One Market Plaza
4  San Francisco, CA  94105
   Telephone:   415-442-4810
5  Facsimile:    415-442-4870

6
   Attorneys for Defendants
7  SUN LIFE FINANCIAL INC., SUN LIFE ASSURANCE
   COMPANY OF CANADA incorrectly named as SUN
8  LIFE FINANCIAL, INC. (US), and DELAWARE LIFE
   INSURANCE COMPANY incorrectly named as SUN
9  LIFE ASSURANCE COMPANY OF CANADA (U.S.)

10
                    **UNITED STATES DISTRICT COURT**
11
                    **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | DR. ROBERT S. WRIGHT,              | Case No. 2:20-cv-03320-PA-JC
14 |         Plaintiff,                  | **ORDER**
15 |     v.                              |
16 | SUN LIFE FINANCIAL Inc., SUN        | Complaint Filed: March 11, 2020
17 | LIFE FINANCIAL, Inc. (US), SUN      | Trial Date:      None Set
   | LIFE ASSURANCE COMPANY OF           | Judge:           Hon. Percy Anderson
18 | CANADA and SUN LIFE
   | ASSURANCE COMPANY OF
19 | CANADA (US),
20 |         Defendant.

                                          1                    Case No.  2:20-cv-03320-PA-JC
PROPOSED ORDER

Plaintiff Robert S. Wright having filed a Motion to Remand this action to the Superior Court of California for the County of Los Angeles, and defendants Sun Life Financial, Inc., Sun Life Assurance Company of Canada (incorrectly named as Sun Life Financial, Inc. (U.S.)), and Delaware Life Insurance Company (incorrectly named as Sun Life Assurance Company of Canada (U.S.)) having filed a Notice of Non-Opposition and Consent to Remand,

IT IS HEREBY ORDERED remanding this matter to the Superior Court of the State of California, in and for the County of Los Angeles, for all further proceedings.

Dated: June 09, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2    Case No. 2:20-cv-03320-PA-JC

PROPOSED ORDER